**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

LUCY WEAVER

    VS                                                                     Case No.  3:06cv426/LAC/EMT

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

### REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on      APRIL 11, 2007

Type of Motion/Pleading:  MOTION FOR ENLARGEMENT OF TIME FOR 30 DAYS TO FILE A RESPONSE TO THE PLAINTIFF'S MEMORANDUM IN SUPPORT.

Filed by:   Defendant      on  4/10/2007    Document #   14

( X )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                            on                Doc.#

                                            on                Doc.#

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            /s/ Teresa Cole
                                            Deputy Clerk

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 12th day of April, 2007, that:

The requested relief is **GRANTED**.  Defendant shall file a memorandum in opposition on or before **MAY 14, 2007.**

                                                     /s/ *Elizabeth M. Timothy*
                                                     **ELIZABETH M. TIMOTHY**
                                                     **UNITED STATES MAGISTRATE JUDGE**