**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LUCY WEAVER

    VS                                                       CASE NO. 3:06cv426/LAC/EMT

MICHAEL ASTRUE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on November 13, 2007
Motion/Pleadings: MOTION FOR RECONSIDERATION
Filed by PLAINTIFF      on 11/13/07      Doc.# 28
RESPONSES:

                                               on            Doc.#
                                               on            Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                                              WILLIAM M. McCOOL, CLERK OF COURT

                                                              *s/Donna Bajzik*
LC (1 OR 2)                                        Deputy Clerk: Donna Bajzik

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of November, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Defendant shall have ten (10) days from the date of this Order to respond to the motion for attorney fees under 42 U.S.C. § 406(b).*

                                                              s/*L.A. Collier*
                                                              **LACEY A. COLLIER**
                                                       *Senior United States District Judge*