# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LUCY WEAVER

    VS                                                CASE NO.  3:06cv426/LAC/EMT

MICHAEL J ASTRUE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on November 30, 2007
Motion/Pleadings: MOTION FOR ATTORNEY FEES under 42 U.S.C. Sec. 406(b)
Filed by PLAINTIFF   on 10/12/07   Doc.# 25
RESPONSES:
DEFENDANT   on 11/29/07   Doc.# 30
                                        on   Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*

LC (1 OR 2)                     Deputy Clerk: Donna Bajzik

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of December, 2007, that:*

*(a) The relief requested is* **GRANTED.**

*(b) Defendant shall serve counsel for Plaintiff with notice of the past due benefits when they become available.  Plaintiff shall have thirty (30) days after being served with that notice to file his supplemental motion for fees under 42 U.S.C. § 406(b).*

                                                        s/*L.A. Collier*
                                                   **LACEY A. COLLIER**
                                            **United States District Judge**