IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUCY WEAVER,
    Plaintiff,

vs.                                      Case No.:  3:06cv426/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 3, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

       Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  Petitioner's "Motion for Attorney Fees Under [the] Social Security Act, 42 U.S.C. § 406(b)" (Doc. 33) is **GRANTED**.  Petitioner should be awarded attorney's fees in the amount of $21,482.00, to be paid out of the sums withheld by the Commissioner from Plaintiff's past due benefits.

       3.  Upon receipt of attorney's fees in the amount of $21,482.00 pursuant to 42 U.S.C. § 406(b), Petitioner shall immediately refund to Plaintiff the previously awarded EAJA sum of

$2,231.25.

**DONE AND ORDERED** this 3rd  day of April, 2008.


                              s/*L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**